UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARMEN YAPUNDZHYAN,

    Plaintiff,

  v.

SCOTT KERNAN, et al.,

    Defendants.

Case No. 12-cv-03425-YGR (PR)

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

    Defendants R. Martinez, J. McCall, S. Espey, R. Burgh, L. Trexler, I. Herrera, M. Moore and J. Soto ("Defendants") have requested a sixty-day extension of time up to and including February 24, 2015, to file a motion for summary judgment or other dispositive motion.

    The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED.

    The time for Defendants to file a motion for summary judgment or other dispositive motion is extended for sixty days through **February 24, 2015**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than **twenty-eight (28) days** from the date the dispositive motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after the date the Plaintiff's opposition is filed.

    This Order terminates Docket No. 28.

    IT IS SO ORDERED.

Dated: December 22, 2014

YVONNE GONZALEZ ROGERS
United States District Judge