UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARMEN YAPUNDZHYAN,

    Plaintiff,

  v.

OFFICER S. ESPEY, et al.,

    Defendants.

Case No. 12-cv-03425-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: August 19, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge